| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Darryl W. Crooms |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Alabama |
| Case number | 19-02072-DSC13 |

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

Court claim no. (if known): 4

Last 4 digits of any number you use to identify the debtor's account: 4 6 7 9

Date of payment change:
Must be at least 21 days after date of this notice: 10/03/2021

New total payment: $ 806.92
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 125.43    New escrow payment: $ 132.77

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1                  Notice of Mortgage Payment Change                  page 1

| Debtor 1 | Darryl W. Crooms | | | Case number (if known) | 19-02072-DSC13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ D. Anthony Sottile
Signature

Date 09/01/2021

Print: D. Anthony Sottile
First Name  Middle Name  Last Name

Title Authorized Agent for Creditor

Company Sottile & Barile, LLC

Address 394 Wards Corner Road, Suite 180
Number  Street

Loveland     OH    45140
City         State  ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

DARRYL W CROOMS
C/O LEOTIS WILLIAMS
PO BOX 28244
BIRMINGHAM AL  35228

Analysis Date: August 20, 2021                                                                                            Final
Property Address: 1420 27TH STREET ENSLEY  BIRMINGHAM, AL 35218                      Loan:

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Oct 2020 to Sept 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Oct 03, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 674.15 | 674.15 |
| Escrow Payment: | 125.43 | 132.77 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $799.58 | $806.92 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Aug 03, 2021 |
| Escrow Balance: | 179.05 |
| Anticipated Pmts to Escrow: | 250.86 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $429.91 |

|  | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
|  |  |  |  |  | Starting Balance | 499.61 | (298.42) |
| Oct 2020 | 124.91 |  |  |  | * | 624.52 | (298.42) |
| Nov 2020 | 124.91 | 123.14 |  |  | * | 749.43 | (175.28) |
| Nov 2020 |  | 456.20 |  |  | * Escrow Only Payment | 749.43 | 280.92 |
| Nov 2020 |  |  |  | 460.30 | * County Tax | 749.43 | (179.38) |
| Dec 2020 | 124.91 |  | 460.30 |  | * County Tax | 414.04 | (179.38) |
| Jan 2021 | 124.91 | 123.14 |  |  | * | 538.95 | (56.24) |
| Jan 2021 |  | 38.08 |  |  | * Escrow Only Payment | 538.95 | (18.16) |
| Feb 2021 | 124.91 |  |  |  | * | 663.86 | (18.16) |
| Mar 2021 | 124.91 | 752.58 |  |  | * | 788.77 | 734.42 |
| Apr 2021 | 124.91 | 125.43 |  |  | * | 913.68 | 859.85 |
| May 2021 | 124.91 | 125.43 |  |  | * | 1,038.59 | 985.28 |
| Jun 2021 | 124.91 | 125.43 |  |  | * | 1,163.50 | 1,110.71 |
| Jul 2021 | 124.91 | 125.43 | 1,038.59 | 1,057.09 | * Homeowners Policy | 249.82 | 179.05 |
| Aug 2021 | 124.91 |  |  |  | * | 374.73 | 179.05 |
| Sep 2021 | 124.91 |  |  |  | * | 499.64 | 179.05 |
|  |  |  |  |  | Anticipated Transactions | 499.64 | 179.05 |
| Aug 2021 |  | 125.43 |  |  |  |  | 304.48 |
| Sep 2021 |  | 125.43 |  |  |  |  | 429.91 |
|  | $1,498.92 | $2,245.72 | $1,498.89 | $1,517.39 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 1,498.89. Under Federal law, your lowest monthly balance should not have exceeded 249.82 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: August 20, 2021     Final
Borrower: DARRYL W CROOMS     Loan: ▮

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 429.91 | 505.79 |
| Oct 2021 | 126.45 | | | 556.36 | 632.24 |
| Nov 2021 | 126.45 | | | 682.81 | 758.69 |
| Dec 2021 | 126.45 | 460.30 | County Tax | 348.96 | 424.84 |
| Jan 2022 | 126.45 | | | 475.41 | 551.29 |
| Feb 2022 | 126.45 | | | 601.86 | 677.74 |
| Mar 2022 | 126.45 | | | 728.31 | 804.19 |
| Apr 2022 | 126.45 | | | 854.76 | 930.64 |
| May 2022 | 126.45 | | | 981.21 | 1,057.09 |
| Jun 2022 | 126.45 | | | 1,107.66 | 1,183.54 |
| Jul 2022 | 126.45 | 1,057.09 | Homeowners Policy | 177.02 | 252.90 |
| Aug 2022 | 126.45 | | | 303.47 | 379.35 |
| Sep 2022 | 126.45 | | | 429.92 | 505.80 |
| | $1,517.40 | $1,517.39 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 252.90. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 252.90 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 429.91. Your starting balance (escrow balance required) according to this analysis should be $505.79. This means you have a shortage of 75.88. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 1,517.39. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 126.45 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 6.32 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $132.77 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $800.60 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

In Re:                                                       Case No. 19-02072-DSC13

Darryl W. Crooms                             Chapter 13

Debtor.                                                 Judge D. Sims Crawford

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Leotis Williams, Debtor's Counsel
    leotiswill@aol.com

    Bradford W. Caraway, Chapter 13 Trustee
    ctmail@ch13bham.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on September 1, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Darryl W. Crooms, Debtor
    1420 27th Street Ensley
    Birmingham, AL 35218

Dated: September 1, 2021                  /s/ D. Anthony Sottile
                                                                  D. Anthony Sottile
                                                                  Authorized Agent for Creditor
                                                                  Sottile & Barile, LLC
                                                                  394 Wards Corner Road, Suite 180
                                                                  Loveland, OH 45140
                                                                  Phone: 513.444.4100
                                                                  Email: bankruptcy@sottileandbarile.com